**LAW OFFICES OF JULIA M. YOUNG**
**JULIA M. YOUNG, SBN 225077**
4120 Douglas Blvd., Suite 306-494
Granite Bay, CA 95746
Tel:  (916) 296-0786
Fax:  (916) 914-1997
*juliayoung21@hotmail.com*

Attorney for Plaintiff
MORGAN MARIE GOMES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN MARIE GOMES,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NICK BOONE, Placer County Probation Officer; MR. WILLIAMS, employee at Placer County Juvenile Detention Center; PLACER COUNTY PROBATION OFFICE; and Does 1 through 20.<br><br>　　　　　　　Defendants. | Case No.: 2:15-CV-01546-TLN-EFB<br><br>**ORDER GRANTING REQUEST TO FILE DECLARATION UNDER SEAL PURSUANT TO LOCAL RULE 141 (Fed. R. Civ. P. 5.2, 26)** |

　GOOD CAUSE APPEAING, it is hereby ordered that the Declaration of Julia M. Young pertaining to her withdrawal as the attorney of record for plaintiff, MORGAN MARIE GOMES, be filed under seal.

IT IS SO ORDERED.

Dated: April 11, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

ORDER GRANTING REQUEST TO FILE DECLARATION UNDER SEAL