**LAW OFFICES OF JULIA M. YOUNG**
**JULIA M. YOUNG, SBN 225077**
4120 Douglas Blvd., Suite 306-494
Granite Bay, CA 95746
Tel:  (916) 296-0786
Fax:  (916) 914-1997
*juliayoung21@hotmail.com*

Attorney for Plaintiff
MORGAN MARIE GOMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN MARIE GOMES, | Case No.: 2:15-CV-01546-TLN-EFB |
| Plaintiff, | **ORDER GRANTING REQUEST TO FILE DECLARATION UNDER SEAL PURSUANT TO LOCAL RULE 141 (Fed. R. Civ. P. 5.2, 26)** |
| vs. | |
| NICK BOONE, Placer County Probation Officer; MR. WILLIAMS, employee at Placer County Juvenile Detention Center; PLACER COUNTY PROBATION OFFICE; and Does 1 through 20. | |
| Defendants. | |

  GOOD CAUSE APPEAING, it is hereby ordered that the Declaration of Julia M. Young responding to Ms. Gomes' letter to the court be filed under seal.

IT IS SO ORDERED.

Dated: June 21, 2016

_____
Troy L. Nunley
United States District Judge

1

ORDER GRANTING REQUEST TO FILE DECLARATION UNDER SEAL