UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN MARIE GOMES,<br><br>Plaintiff,<br><br>v.<br><br>NICK BOONE, Placer County Probation Officer; MR. WILLIAMS, employee at Placer County Juvenile Detention Center; PLACER COUNTY PROBATION OFFICE; and Does 1through 20,<br><br>Defendants. | No. 2:15-cv-1546 TLN DB PS<br><br>ORDER |

This action came before the court on October 21, 2016, for a Status (Pretrial Scheduling) Conference. Plaintiff Morgan Gomes appeared in person on her own behalf. Attorney Tamiya Davis appeared on behalf of the defendants.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. The September 27, 2016 order to show cause (ECF No. 28) is discharged;

2. Defendants' September 2, 2016 motion to compel (ECF No. 25) is granted;

3. The deadline for the completion of discovery in this action is extended to **November 18, 2016**; and

4. Defendants' request for $495 in sanctions for plaintiff's repeated failure to appear at her deposition is held in abeyance pending plaintiff's appearance at her deposition.

Dated: October 21, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.pro se\gomes1546.oah.102116