1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MORGAN MARIE GOMES,                    No.  2:15-cv-1546 TLN DB PS

12                 Plaintiff,

13          v.                              ORDER

14   NICK BOONE, Placer County Probation
     Officer; MR. WILLIAMS, employee at
15   Placer County Juvenile Detention Center;
     PLACER COUNTY PROBATION
16   OFFICE; and Does 1through 20,

17                 Defendants.

18

19          Plaintiff is proceeding in this action pro se.  This matter was, therefore, referred to the

20   undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

21          On March 7, 2017, defendants filed a motion for summary judgment and noticed that

22   motion for hearing before the undersigned on April 7, 2017.  (ECF No. 35.)  Pursuant to Local

23   Rule 230(c) plaintiff was to file opposition or a statement of non-opposition to defendants'

24   motion "not less than fourteen (14) days preceding the noticed . . . hearing date."  Plaintiff,

25   however, failed to file a timely opposition or statement of non-opposition.

26          Accordingly, on March 31, 2017, the court issued an order to show cause, ordering

27   plaintiff to show cause in writing within fourteen days as to why this action should not be

28   dismissed for lack of prosecution, as well as ordering plaintiff to file a statement or opposition or

                                              1

non-opposition to defendants' motion for summary judgment on or before May 12, 2017. (ECF No. 36.) That order also continued the hearing of defendants' motion for summary judgment to May 26, 2017. On April 13, 2017, plaintiff filed a response to the order to show cause. (ECF No. 37.) On May 12, 2017, plaintiff filed a motion for a three-day extension of time to file her opposition. (ECF No. 38.)

Plaintiff's motion for an extension of time will be granted. However, the granting of plaintiff's motion for an extension of time necessitates a continuation of the May 26, 2017 hearing of defendants' motion for summary judgment. Moreover, plaintiff is cautioned that no further extensions of time will be granted absent a showing of good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 31, 2017 order to show cause is discharged;

2. The May 26, 2017 hearing of defendants' motion for summary judgment (ECF No. 35) is continued to **Friday, June 23, 2017, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **June 9, 2017**, plaintiff shall file a statement of opposition or non-opposition to defendants' motion for summary judgment;

4. The July 13, 2017 final pretrial conference and September 11, 2017 trial dates are hereby vacated, to be reset after the resolution of defendants' motion for summary judgment; and

5. Plaintiff is again cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

Dated: May 23, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/gomes1546.hrg.cont

2